# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) RICHARD WAYNE HICKS, )
)
    Plaintiff, )
) Case No.: CIV-17-296-SLP
vs. )
)
(1) CITY OF FAIRVIEW, OKLAHOMA, and )
(2) CHARLES GADD )
)
    Defendants. )

## PLAINTIFF'S EXHIBIT LIST

**COMES NOW** the Plaintiff, Richard Hicks ("Plaintiff"), and respectfully submits his Exhibit List, as follows:

| No. | Document |
|---|---|
| 1. | Plaintiff's medical records |
| 2. | Video of Incident |
| 3. | Incident Reports |
| 4. | Probable cause affidavit |
| 5. | Tulsa Public Schools P.D. investigations related to Gadd's previous use of force while in their employment |
| 6. | Fairview Policy & Procedure |
| 7. | *Fairview Police Chief Under Investigation*, The Oklahoman, September 29, 2015 |
| 8. | *Fairview Police Officer Charged with Child Porn*, enidnews.com, September 23, 2015 |
| 9. | *Embattled Ex-Police Chief Under Fire Once Again*, news9.com, September 21, 2017 |
| 10. | *New Chief: Fairview Hires Retired OHP Trooper*, enidnews.com, January 6, 2016 |

Plaintiff reserves the right to supplement this Exhibit List as discovery is not complete. Plaintiff also reserves the right to introduce other exhibits for impeachment and/or rebuttal

1

purposes. Plaintiff further reserves the right to utilize any exhibit introduced by Defendant to which Plaintiff does not object.

Respectfully submitted,

**SMOLEN, SMOLEN & ROYTMAN, PLLC**

/s/ Daniel E. Smolen
Daniel E. Smolen, OBA #19943
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Daniel E. Smolen