# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

RICHARD WAWNE HICKS,            )
                                )
                Plaintiff      )
                                )   Case No. CIV-17-296-SLP
v.                              )
                                )
CITY OF FAIRVIEW, OKLAHOMA, and )
CHARLES GADD,                   )
                                )
                Defendants.    )

## DEFENDANT CITY OF FAIRVIEW, OKLAHOMA'S
## OBJECTIONS TO PLAINTIFF'S EXHIBITS

Pursuant to the Court's Scheduling Order [Dkt. 31], Defendant City of Fairview, Oklahoma hereby submits the following objections to Plaintiff's Final Exhibit List.

| No. | Exhibit | Objection |
|---|---|---|
| 1. | Medical Records of Plaintiff | Identification; Relevance; Prejudicial; Confusing; Misleading; Hearsay; Authentication<br>FRE 401-403; 801 *et seq.*; 901 |
| 2. | Video of Incident | |
| 3. | Incident Reports | Identification; Relevance; Prejudicial; Confusing; Misleading; Hearsay; Authentication<br>FRE 401-403; 801 *et seq.*; 901 |
| 4. | Probable Cause Affidavit | Identification; Relevance; Prejudicial; Confusing; Misleading; Hearsay; Authentication<br>FRE 401-403; 801 *et seq.*; 901 |
| 5. | Tulsa Public Schools P.D. investigations related to Gadd's previous use of force while in their employment | Identification; Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication<br>FRE 401-404; 801 *et seq.*; 901 |
| 6. | Fairview Policy & Procedure | |

| | | |
|---|---|---|
| 7. | *Fairview Police Chief Under Investigation*, The Oklahoman, September 29, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 8. | *Fairview Police Officer Charged with Child Porn*, enidnews.com, September 23, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 9. | *Embattled Ex-Police Chief Under Fire Once Again*, news9.com, September 21, 2017 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 10. | *New Chief: Fairview Hires Retired OHP Trooper*, enidnews.com, January 6, 2016 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 11. | OSBI Report and attached documents | Identification; Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 12. | Letter from Catherine Streater to Special Agent Ridgeway – Dec. 23, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 13. | JHB Wilson's Affidavit of Lost Document and "Exhibit A – Final Order of Suspension" – Dec. 23, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 14. | Letter from Officer J. Reichert to Catherine Streater – Dec. 4, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 15. | CLEET Field Representative Agency Visitation Form, Date of Contact – November 20, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |
| 16. | Cover letter to Notice of Intent to Suspend sent by Catherine Streater – February 3, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.;* 901 |

| | | |
|---|---|---|
| 17. | CLEET Notice of Intent to Suspend re Gadd, Case No. 22963-15 – Filed February 3, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.*; 901 |
| 18. | CLEET Final Order of Suspension re Gadd, Case No. 22963 – Filed June 11, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.*; 901 |
| 19. | Email from Catherine Streater to Christopher Boring and Steven Randolph – December 2, 2015 | Relevance; Prejudicial; Confusing; Misleading; Improper Character Evidence; Hearsay; Authentication FRE 401-404; 801 *et seq.*; 901 |

Defendant reserves the right to amend these objections within the final Pretrial Report.

Respectfully submitted,

 s/Stephen L. Geries
Stephen L. Geries, OBA # 19101
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
(405) 524-2070/Fax: (405) 524-2078
Email:       slg@czwlaw.com

*ATTORNEY FOR DEFENDANT*
*CITY OF FAIRVIEW, OKLAHOMA*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Daniel E. Smolen
    Donald E. Smolen, II
    Smolen, Smolen & Roytman, PLLC
    701 S. Cincinnati Avenue
    Tulsa, OK  74119

    *Attorneys for Plaintiff*

    Robert S. Lafferrandre
    Randall J. Wood
    Jessica L. Dark
    Pierce Couch Hendrickson
       Baysinger & Green, L.L.P.
    1109 N. Francis
    Oklahoma City, OK  73106

    *Attorneys for Defendant Charles Gadd*

                                            s/ Stephen L. Geries
                                            Stephen L. Geries